# Third District Court of Appeal
## State of Florida

Opinion filed June 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1249
Lower Tribunal No. 21-7523-CA-01
_____

**Wirlen Antigua, et al.,**
Appellants,

vs.

**Diony Antigua, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Manos Schenk, PL, and Tom J. Manos, for appellants.

Algo Law Firm, LLP, and Ignacio M. Alvarez, and Gavin L. Sinclair, for appellees.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Art. V, § 4, Fla. Const.; Fla. R. App. P. 9.030; IET, Inc. v. Intellocorp, LLC, 357 So. 3d 755, 758 (Fla. 3d DCA 2023) ("Findings of fact derived from the evidentiary hearing, however, 'may not be disturbed on appeal unless shown to be unsupported by competent and substantial evidence or to constitute an abuse of discretion.'"); Thornton v. State, 327 So. 3d 1262, 1266 (Fla. 1st DCA 2021) ("In reviewing the trial court's ruling following an evidentiary hearing, '[t]his Court independently reviews the trial court's legal conclusions and defers to the trial court's findings of fact.'" (citation omitted)); N. Fla. Mango, LP v. LLS Holdings, LLC, 375 So. 3d 906, 913 (Fla. 4th DCA 2023) ("We review an order denying a motion for rehearing or reconsideration for an abuse of discretion."); Effs v. Sony Pictures Home Entm't, Inc., 197 So. 3d 1243, 1244-45 (Fla. 3d DCA 2016) ("Under the continuing tort doctrine, the cause of action **accrues** when the tortious conduct ceases. '**A continuing tort is "established by continual tortious *acts,* not by continual harmful effects from an original, completed act."'"** (citations omitted) (emphasis in original)).